UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:26-cv-03865-JLS-DMK Date: August 3, 2026
Title: Leemanuel Weilch v. La Favorita Bakery - 90247, INC., et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Kelly Davis | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE; ORDER VACATING SCHEDULING CONFERENCE**

On May 12, 2026, the Court set a scheduling conference for August 7, 2026 and ordered counsel to "file a Joint 26(f) Report . . . no later than 14 days before the date set for the scheduling conference." (*See* Doc. 16, ¶ 1.) The parties failed to comply with the Court's Order.

On its own motion, therefore, the Court hereby orders the parties to show cause why the Court should not dismiss this action and/or issue monetary sanctions for the failure to submit a Joint Rule 26(f) Report. No later than August 11, 2026, the parties shall submit a Joint Rule 26(f) Report that includes a written response explaining why they failed to comply with the Court's Order and filing deadlines.

The Court VACATES the Scheduling Conference. The Court will issue a scheduling order based upon the parties' Joint Rule 26(f) Report.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: kd